UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KHALIQ ALIM ANDERSON,

                Plaintiff,

-against-

GOV. KATHY HOCHUL, *et al.*,

                Defendants.

23-CV-9528 (LTS)

ORDER

Choose a judge's name, United States District Judge:

      By order dated January 8, 2024, the Court dismissed this action and granted Plaintiff 30 days' leave to replead. Since January 8, 2024, Plaintiff has filed three amended complaints. (*See* ECF 7-9.) The third amended complaint (ECF 9), filed February 15, 2024, and entered on the docket on February 20, 2024, is the operative pleading in this action. Should Plaintiff file a fourth amended complaint, without permission from the Court to file an amended pleading, the Court will direct the Clerk of Court to strike the submission from the record.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  February 20, 2024
         New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                   Chief United States District Judge