UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KHALIQ ALIM ANDERSON,

                                    Plaintiff,

            -against-

GOV. KATHY HOCHUL, et al.,

                                    Defendants.

23cv9528 (LTS)

CIVIL JUDGMENT

For the reasons stated in the April 17, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

 Dated:    May 29, 2024
           New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge